Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2026

GRANTED. The conference will now be held on **Wednesday, November 18, 2026**, at **11:30 AM**. The Clerk of Court is respectfully directed to terminate Dkt. 11.

IT IS FURTHER ORDERED that the time between September 25, 2026, and November 18, 2026 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to review disclosure material, consider pretrial motions, and discuss a potential pretrial resolution.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: September 16, 2026

**<u>Via ECF</u>**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re. <u>United States v. Elvin Vila</u>**
**26 Cr. 260 (AS)**

Dear Judge Subramanian:

I write with the consent of the Government to respectfully request an approximately 60-day adjournment of the September 25, 2026 status conference in the above-captioned matter. This is the defense's first request for an adjournment.

Since the parties' last appearance before the Court, the Government has produced a voluminous amount of Rule 16 disclosure material to the defense and is preparing to make a supplemental production shortly. To permit the defense additional time to review this disclosure material, including the technical and medical information contained therein, and consider pretrial motions, and to allow the parties time to discuss a potential pretrial resolution, I respectfully request an approximately 60-day adjournment of the September 25, 2026 conference.

If the Court grants this adjournment request, the Government seeks the exclusion of time under the Speedy Trial Act until the rescheduled conference date. The defense does not object to this request. A proposed order regarding the exclusion of time has been submitted herewith.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record