Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 9, 2026

Application GRANTED. The conference will now be held on Thursday, January 7, 2027, at 11:30 AM.

IT IS FURTHER ORDERED that the time between November 18, 2026 and January 7, 2027, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: November 9, 2026

**Via ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re. United States v. Elvin Vila**
**26 Cr. 260 (AS)**

Dear Judge Subramanian:

I write with the consent of the Government to respectfully request an approximately 60-day adjournment of the November 18, 2026 status conference in the above-captioned matter. This is the defense's second request for an adjournment.

The defense continues to review the voluminous discovery that was produced by the Government and the parties have engaged in discussions regarding a potential pretrial disposition. To permit the defense additional time to review this disclosure material and consider pretrial motions, and to allow the parties time to discuss a potential pretrial resolution, I respectfully request an approximately 60-day adjournment of the November 18, 2026 conference.

If the Court grants this adjournment request, the Government seeks the exclusion of time under the Speedy Trial Act until the rescheduled conference date. The defense does not object to this request. A proposed order regarding the exclusion of time has been submitted herewith.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc: Counsel of record